**IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

TOHMAI SMITH,

                              Plaintiff,

v.                                      Civil Action No. _____

VANGUARD CAR RENTAL USA, LLC, *et al*.

                            Defendants.

**DEFENDANT METROPOLITAN WASHINGTON AIRPORTS AUTHORITY'S
NOTICE OF REMOVAL OF CIVIL ACTION**

COMES NOW Defendant Metropolitan Washington Airports Authority ("Airports

Authority"), by counsel, and pursuant to 28 U.S.C. §§ 1441 and 1446, hereby files this Notice of

Removal on the grounds that there exists a federal question between the parties regarding the

Plaintiff's claims under 42 U.S.C. § 1983.  Is support of this Notice, the Airports Authority states

as follows:

1.   On or about December 23, 2019, Plaintiff Tohmai Smith filed a Complaint in the

Circuit Court for Arlington County, Virginia, against Defendants Vanguard Car Rental USA,

LLC, d/b/a Alamo Rental Car ("Alamo"), the Airports Authority and various John Does

allegedly employed by Alamo and/or the Airports Authority.  *See* Complaint, attached hereto as

part of Exhibit 1.

2.   While Alamo appears to have been served with the Complaint sometime in November

or early December 2020, there was apparent confusion on the part of Plaintiff's process server

when attempting to effectuate service on the Airports Authority, and the Airports Authority was

not actually served until May 20, 2021.  *See* Affidavits of Service and Non-Service, attached as

part of Exhibit 1.  The Airports Authority is not presently in possession of any returns or

affidavits of service related to service of the Complaint on Alamo, however, Alamo has previously filed an Answer to Plaintiff's Complaint, which has been included in Exhibit 1.

3.  Plaintiff has sued the Airports Authority for $500,000, alleging claims of gross negligence, violation of 42 U.S.C. § 1983 and violation of the Virginia Declaration of Rights, § 11.  *See* Complaint, pp. 11 – 17.

4.  The Airports Authority is immune from Plaintiff's claim for gross negligence, and Plaintiff has failed to state a claim upon which relief can be granted under the Virginia Declaration of Rights.  The Airports Authority has moved to dismiss these claims by filing a Plea in Bar and Demurrer in the Circuit Court for Arlington County, Virginia on June 10, 2021.  A copy of this pleading is also included in Exhibit 1.

5.  As such, the only claim likely to remain against the Airports Authority is a claim for violation of 42 U.S.C. § 1983, a claim over which this Court has original jurisdiction.  And even if the other claims against the Airports Authority remain in the case, this Court may exercise supplemental jurisdiction over them.

6.   Pursuant to 28 U.S.C. § 1441(a) and (c), this case may be removed to Federal District Court because this Court has original jurisdiction over Plaintiff's 42 U.S.C. § 1983 claim and may exercise supplemental jurisdiction over Plaintiff's remaining state law claims should then survive the Airports Authority's Plea in Bar and Demurrer, which will be refiled in this Court as a Motion to Dismiss under F.R.C.P. 12(b)(6).

7.  Under 28 U.S.C. § 1446 (a), (b) and (d), this case may be removed to the United States District Court for the Eastern District of Virginia, Alexandria Division, which is the Federal District Court that embraces Arlington County within its jurisdiction. Shortly after

the filing of this Notice of Removal, written notice thereof will be given to the parties. This Notice shall also be filed with the Clerk of the Circuit Court for Arlington County.

8.   This Notice of Removal is timely because it is being filed within the statutorily allowed thirty (30) day period after the date the Airports Authority was served with the Complaint.

9.   Undersigned counsel has discussed this Notice of Removal with counsel for Alamo, and Alamo has consented to this removal.

WHEREFORE, the Airports Authority hereby gives notice that the above-referenced action is removed from the Circuit Court for Arlington County, Virginia, to this honorable Court.

Respectfully Submitted,

/s/ Joseph W. Santini

Joseph W. Santini, Esq., Va. Bar # 47377
Morris Kletzkin, Esq., Va. Bar # 88181
FRIEDLANDER MISLER, PLLC
5335 Wisconsin Ave., NW, Suite 600
Washington, DC 20015
202-872-0800
202-857-8343 (fax)
jsantini@dclawfirm.com
mkletzkin@dclawfirm.com

Bruce P. Heppen, Esq., Va. Bar # 88918
Associate General Counsel
Metropolitan Washington Airports Authority
2733 Crystal Drive
Arlington, VA 22202
703-417-8983
bruce.heppen@mwaa.com

*Attorneys for Defendant Metropolitan Washington Airports Authority*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I sent the above Notice of Removal via electronic mail on the

18th day of June 2021, and via first-class mail on the 21st day of June, 2021, to:

Brian Snyder, Esq.
Nicholas J.M. Stamatis, Esq.
PRICE BENOWITZ, LLP
409 7th St., NW, Suite 200
Washington, D.C. 20004

Eric M. Persian, Esq.
SHERIDAN, PERSIAN & ASSOCIATES, PLLC
9842 Business Way
Manassas, VA 20110

/s/ Joseph W. Santini

_____

Joseph W. Santini

4